B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Ozell Byrd, Jr                          ,          Case No.  13bk36513
            Debtor

                                                          Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 70.25          Check one  ☐ With the filing of the petition, or
                            ☒ On or before  Wednesday October 16, 2013
$ 70.25          on or before  Friday November 15, 2013
$ 70.25          on or before  Monday December 16, 2013
$ 70.25          on or before  Tuesday January 14, 2014

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                BY THE COURT

Date:  OCT 07 2013
                                                _____
                                                United States Bankruptcy Judge